**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff**

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No. 4:09cv440-SPM/WCS**

**$12,589.00 IN UNITED STATES CURRENCY**

      **Defendant**

_____/

## DECREE OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Decree of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on November 12, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, $12,589.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREAS, on January 9, 2010, Kristen McGuinness, potential claimant, was notified by certified mail.

WHEREAS, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning January 23, 2010, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREAS, no persons or entities having an interest in the above-referenced property have filed claims.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, $12,589.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 1st day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge